

IN THE
TENTH COURT OF APPEALS

No. 10-13-00147-CV

EDDIE WILLIE TAYLOR, JR.,

Appellant

v.

RUBY LEE TAYLOR JONES,

Appellee

From the 335th District Court
Burleson County, Texas
Trial Court No. 27,069

# ORDER

Appellant's brief was filed on June 27, 2013. However, it does not contain appropriate citations to the appellate record, that being the clerk's record and the reporter's record. TEX. R. APP. P. 38.1(i); 34.1. Appellant's brief cannot contain appropriate citations to the appellate record because the appellate record has not yet been filed.

Accordingly, appellant's brief is stricken.

Appellant's brief will not be due until 30 days after the filing of the clerk's record or the reporter's record, whichever is later.  *See* TEX. R. APP. P. 38.6(a).

Appellant is reminded of the length limit of his brief as specified in Rule 9.4(i)(1), (2)(B) of the Texas Rules of Appellate Procedure.


PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Brief stricken
Order issued and filed July 11, 2013